ACCEPTED
01-15-00074-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 11:55:15 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00074-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/14/2015 11:55:15 AM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1256403**
In the 337th District Court
Of Harris County, Texas

———————◆———————

**JUDIST LAMOND BROUSSARD**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE BRIEF

———————◆———————

To the Honorable Court of Appeals:

The State of Texas, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief. The following facts are relevant:

1. The appellant was indicted for capital murder. (CR 15). The appellant pleaded not guilty, but a jury found him guilty as charged. (CR 115,

117). Because the State did not seek the death penalty, the trial court sentenced the appellant to confinement for life, without the possibility of parole. (CR 117). The trial court certified the appellant's right of appeal, and the appellant filed a timely notice of appeal. (CR 116, 120).

2. The State's brief is due on August 14, 2015. The State requests a 45-day extension of time in which to file its brief.

3. This is the State's first request for extension.

4. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

   a. The undersigned attorney was assigned this case on August 3, 2015. Since then, he has worked on the following matters:

      1. Marcus Jamez Lewis
         14-14-00779-CR
         Brief filed August 5, 2015

      2. Hugo Steve Ramirez
         No. 14-15-00323-CR
         Case abated on July 21, 2015, with ongoing proceedings

   b. The undersigned attorney has been ill and was unable to work on August 12 and 13.

   c. The undersigned attorney has an upcoming pre-paid vacation that will leave him unable to work on this case during the first half of September.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,


/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

# CERTIFICATE OF SERVICE

I certify that I have requested that efile.txcourts.gov electronically serve

a copy of this motion to:

Franklin Bynum
fgb@lawfgb.com

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826
morgan_clinton@dao.hctx.net
TBC No. 24071454

Date: August 14, 2015